UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KENATH RICHARD STEIN,                                    CIVIL NO. 10-203 (PJS/JSM)

      Plaintiff,

v.                                                                                          ORDER

CHASE BANK USA, N.A.,
DEUTSCHE BANK NATIONAL
TRUST COMPANY, and
CHASE HOME FINANCE, LLC,

      Defendants.


The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Janie S. Mayeron dated April 15, 2010.  No objections

have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of

the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that plaintiff's Motion to Strike Joint Notice of Removal

to Federal Court [Docket No. 7] is denied.


Dated: 05/03/10

                                     s/Patrick J. Schiltz
                                     Patrick J. Schiltz
                                     United States District Judge